**Order entered February 1, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00865-CR

### DONALD RAY GILES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F16-24162-K**

## ORDER

Before the Court is appellant's January 30, 2019 second motion to extend the time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before **March 1, 2019**. If appellant's brief is not filed by March 1, 2019, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/    BILL PEDERSEN, III
JUSTICE